CATHERINE E. McGUNNIGLE, Appellant, v. LESTER F. CORWITH and CORWITH

Bros., Inc., Respondents.— From a judgment in favor of the defendants in an action to recover certain monies alleged to have been entrusted to them to invest for her, the plaintiff appeals. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.